**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

Janeen Walker-Tarver

Plaintiff,

v.

Civil action No.: 2:26-cv-00176

Unum Insurance Company

Defendant.

---

# COMPLAINT

Comes now the Plaintiff, Janeen Walker-Tarver (hereinafter referred to as "Plaintiff"), by counsel, Joseph I. Miyake, and for her Complaint against the Defendant, Unum Insurance Company (hereinafter referred to as "Unum", alleges and says:

## Introduction

1. Plaintiff brings this action pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § l001, et seq., to recover benefits due under an employee benefit plan, to enforce the terms of the plan, and to obtain other appropriate equitable relief including attorney's fees and costs.

## Jurisdiction and Venue

2. This Court has subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e)(I).

3. Venue is proper in this district because the defendant does business in Lake County Indiana.

## Parties

4. Plaintiff is a resident of Lake County, Indiana.

5. Unum is a corporation with its principal place of business in Tennessee and is licensed to issue insurance policies in the State of Indiana by the Indiana Department of Insurance.

**Factual Allegations - Claim No. 24474031**

6. Plaintiff is insured with Unum through Policy number 954133.

7. On April 19, 2024, Plaintiff suffered a fall resulting in injuries for which she filed claims with Unum.

8. Plaintiff's request for benefits regarding an April 19, 2024, accident was granted in the amount of $450. It was given a claim number of 24473586.

9. On May 24, 2024, Unum requested additional physician information such as the attending physician statement, authorization, and documentation confirming diagnosis.

10. On June 7, 2024, Plaintiff received a letter stating that claim number 24474031 regarding requested benefits for permanent paralysis was denied. Plaintiff appealed on June 7, 2024.

11. On June 7, 2024, Plaintiff received a letter stating that claim number 24474031 regarding requested benefits for Critical Illness was denied.

12. On June 26, 2024, Unum denied Plaintiff's request for additional coverage for the accident that occurred on April 19, 2024. Unum stated that paralysis benefits cover the total and irreversible paralysis of one or more limbs and that Plaintiffs injuries do not qualify for the covered definition of paralysis as provided by the policy.

13. On June 27, 2024, Plaintiff appealed the decision of claim number 24474031.

14. On July 2, 2024, Unum confirmed receipt of the appeal.

15. Plaintiff appealed against that decision and was denied again on July 15, 2024. Unum determined Plaintiff's medical information does not meet the definition of paralysis as determined by the policy.

16. Unum wrongfully denied Plaintiff's benefits.

**Factual Allegations- Claim number 24473586**

17. On May 23, 2024, Unum approved Plaintiff's claim for coverage due to injuries that were sustained from a fall on April 19, 2024. The benefit amounts she is entitled to are as follows

Treatment in physician's office: $75.00

Medical Imaging: $200.00

Prescription Drug: $25.00

Physician Follow-Up Visit 1: $75.00

Physician Follow-Up Visit 2: $75.00

18. On June 12, 2024, Unum sent another letter asking the Plaintiff's physician to confirm whether Plaintiff has suffered total loss of function. Plaintiff's physician confirmed a severe, complete, and total loss of function that is permanent in two or more limbs that will last beyond 90 days of the accident and confirmed that Plaintiff suffers severe limitations of her left upper extremities and moderate limitations of upper and lower extremities.

19. On June 18, 2024, Unum confirmed receipt of the Plaintiff's physician's notes.

20. Unum confirmed continued processing of the claim on June 24 and 25, 2024.

21. On June 26, 2024, Unum denied Plaintiff's claim for coverage for paralysis of two or more limbs from claim number 24473586. Unum stated they will pay for the total and irreversible paralysis of one or more limbs and that Plaintiff's medical records do not support her condition meeting the condition of paralysis as provided by the policy.

22. Unum stated that the additional information regarding Plaintiff's accident claim does not change their original decision and coverage was denied on July 1, 2024, for claim number 24473586.

23. Plaintiff appealed Unum's coverage decision and Unum denied the Plaintiff's appeal and was denied again on July 15, 2024, for claim number 24473586. Unum determined Plaintiff's medical information does not meet the definition of paralysis as determined by the policy.

24. On August 27, 2024, Unum informed Plaintiff that they are unable to approve her request for additional benefits under her Voluntary Benefits Accident policy for hospital admission and surgery due to post-traumatic arthritis of left hip and trigger finger the accident that occurred on April 19, 2024.

25. On September 15, 2024, Unum confirmed receipt of Plaintiff's request for additional review of her claim and denied coverage.

**Defendant Unum Insurance Company's Wrongful Denial of Benefits.**

26. Unum has wrongfully denied Plaintiff's claim for benefits in violation of ERISA.

27. Unum's denial of plaintiff's claims were:

   A. Arbitrary and capricious;

   B. Not supported by substantial evidence in the record;

   C. Defendant failed to consider all relevant evidence.

   D. Defendant applied the Plan's terms inconsistently or unreasonably.

   E. The denial was based on an incorrect interpretation of the Plan's terms.

28. Unum's wrongful denial of benefits was abusive and improper because:

   A. Defendant unreasonably delayed the processing of Plaintiff's claim.

   B. Unum failed to adequately communicate with Plaintiff regarding the status of the claim.

   C. Unum failed to provide a full and fair review of Plaintiff's claim.

**Breach of Contract.**

29. Defendant has breached the terms of the Plan by wrongfully denying and delaying Plaintiff's claim for benefits.

**Request for Relief.**

**WHEREFORE, Plaintiff, Janeen Walker-Tarver respectfully requests that this Court:**

(a) Enter judgment in favor of Plaintiff and against Defendant, Unum Insurance Company, for all unpaid benefits due and owing to Plaintiff under the Plan;

(b) Award Plaintiff attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(l);

(c) Grant such other and further relief as the Court may deem just and equitable.

**Jury Demand.**

Plaintiff hereby demands a jury trial on all issues triable as of right.

**Respectfully submitted,**

*/s/ Joseph I. Miyake*
Joseph I. Miyake
Attorney No.: 32695-64
301 N. Nappanee Street
Elkhart, IN 46514
(574) 522-1900
(574) 522-0200 (Fax)
Attorney for Plaintiff